# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Charles Malnarick ) | |
| ) | Case No. 13-06879 |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| Allied Interstate, LLC, et al. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COMES Plaintiff, Charles Malnarick by and through undersigned counsel, and hereby stipulates that this complaint is dismissed with prejudice as to National Enterprise Systems, Inc. with each party to bear its own fees and costs.

Respectfully Submitted,

/s/ Thomas Toolis
Thomas Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, Illinois 60423
twt@jtlawllc.com
Attorney for Plaintiff